[No. 10955–7–II.   Division Two.   June 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD WAYNE HUTCHINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00047–2, Robert L. Charette, J., entered April 13, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 11073–3–II.   Division Two.   June 15, 1988.]

LISA NEUMANN, *Appellant,* v. EVERETT D. REEP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–07839–3, Waldo F. Stone, J., entered May 29, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10131–9–II.   Division Two.   June 16, 1988.]

*In the Matter of the Marriage of* KRISTI K.J. OAKES, *Appellant, and* CLAYTON E. OAKES, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–3–00298–5, Grant S. Meiner, J., entered July 25, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.